# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
SUPERIOR SALES CO INC               §    Case No. 05-47339
                                    §
                    Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on        . The undersigned trustee was appointed on                 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 05-47339 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | | Date Filed (f) or Converted (c): | 10/10/05 (f) |
| | | | | 341(a) Meeting Date: | 12/06/05 |
| For Period Ending: 03/10/11 | | | | Claims Bar Date: | 03/15/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 7,808.55 | 0.00 | | 23,518.97 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 495.78 | Unknown |
| 3. Checking and savings accounts | 3,012.61 | 0.00 | DA | 0.00 | FA |
| 4. Commissions | 5,019.38 | 0.00 | DA | 0.00 | FA |
| 5. Copier, fax, computer, file cabinets | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Miscellaneous inventory | 5,362.00 | 0.00 | DA | 0.00 | FA |
| 7. Bank account | 0.00 | 0.00 | | 1,781.77 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $26,202.54 | $0.00 | | $25,796.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07    Current Projected Date of Final Report (TFR): 05/30/11

/s/  BRENDA PORTER HELMS, TRUSTEE
_____   Date: 03/10/11
BRENDA PORTER HELMS, TRUSTEE

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                                                                                                      Ver: 16.01c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 03/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/05 | 1 | Douglas Stephen Plastics Inc.<br>22-36 Green Street P.O. Box 2<br>Paterson NJ 07509 | account receivable | 1121-000 | 1,914.76 | | 1,914.76 |
| 12/22/05 | 1 | Douglas STephen Plastics Inc.<br>22-36 Green Street<br>P.O. Box 2775<br>Paterson NJ 07509 | account receivable | 1121-000 | 1,600.40 | | 3,515.16 |
| 12/22/05 | 1 | Repacorp Label Products<br>31 Indsutry Park Court<br>Tipp City OH 45371 | account receivable | 1121-000 | 280.94 | | 3,796.10 |
| 12/22/05 | 1 | Repacorp Label products<br>31 Industry Park Court<br>Tipp City OH 45371 | account receivable | 1121-000 | 269.48 | | 4,065.58 |
| 12/22/05 | 1 | Cargill Inc.<br>Financial Service Center<br>Fargo ND | account recivable | 1121-000 | 1,073.85 | | 5,139.43 |
| 12/23/05 | 1 | Atlantic Packaging Products Ltd<br>1900 Ellesmere Rd & Bellamy Rd N.<br>Scarborough Ontario M1H2V6 | account receivable | 1121-000 | 2,194.99 | | 7,334.42 |
| 12/23/05 | 1 | Inteplast Group Ltd<br>9 Peach Tree Hill Rd<br>Livingston NJ 07039 | account receivable | 1121-000 | 3,469.95 | | 10,804.37 |
| 12/23/05 | 1 | Hospitality Mints LLC<br>P.O. Box 3140<br>boone NC 28607 | account receivable | 1121-000 | 1,691.37 | | 12,495.74 |
| 12/23/05 | 1 | Interplast Group Ltd<br>9 Peach Tree Hill Road<br>Livingston NJ 07039 | account receivable | 1121-000 | 2,128.02 | | 14,623.76 |
| 12/23/05 | 1 | Marquez Enterprises LLC | account receivable | 1121-000 | 405.96 | | 15,029.72 |

Page Subtotals      15,029.72      0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-47339 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1781  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | |
| For Period Ending: | 03/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/05 | 1 | 319 Williams St<br>Waukesha WI 53186<br>Northwest Enterprises | account receivable | 1121-000 | 1,109.79 | | 16,139.51 |
| 12/23/05 | 1 | d/b/a Broadview Packaging<br>900 Lunt Avenue<br>Elk Grove Village IL 60007<br>Robert's/Sysco Food Services, Inc.<br>1615 W. Jefferson<br>Springfield IL 62702 | account receivable | 1121-000 | 1,553.00 | | 17,692.51 |
| 12/23/05 | 1 | Jet Age Container LLC<br>5555 W. 73rd St<br>Bedford Park IL 60638 | account receivable | 1121-000 | 836.64 | | 18,529.15 |
| 12/23/05 | 1 | The Boelter Companies<br>11100 W. Silver Spring Road<br>Milwaukee WI 53225 | account receivable | 1121-000 | 1,346.00 | | 19,875.15 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.90 | | 19,876.05 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 10.07 | | 19,886.12 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.17 | | 19,900.29 |
| 03/01/06 | 1 | Repacorp Label Products<br>31 Industry Park Court<br>tipp City OH 45371 | account receivable | 1121-000 | 350.25 | | 20,250.54 |
| 03/01/06 | 1 | Interplast Group Ltd<br>9 Peach Tree Hill Rd<br>Livingston NJ 07039 | account receivable | 1121-000 | 2,378.54 | | 22,629.08 |
| 03/01/06 | 1 | Douglas Stephen Plastics Inc.<br>22-36 Green Street<br>PO Box 2775<br>Paterson NJ 07509 | account receivable | 1121-000 | 478.88 | | 23,107.96 |
| 03/01/06 | 1 | Brooklace Inc.<br>300 Callegari Drive | account receivable | 1121-000 | 98.11 | | 23,206.07 |

Page Subtotals        8,176.35        0.00

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 03/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/06 | 1 | West Haven CT 06516 Repacorp Label Products 31 Industry Park Court Tipp City OH 45371 | account receivable | 1121-000 | 338.04 | | 23,544.11 |
| 03/15/06 | 000101 | International Sureties, Ltd. 203 Cardondelet St. New Orleans LA 70130 | bond premium I | 2300-000 | | 17.01 | 23,527.10 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.49 | | 23,546.59 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.35 | | 23,565.94 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.02 | | 23,585.96 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.39 | | 23,605.35 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.05 | | 23,625.40 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.07 | | 23,645.47 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.43 | | 23,664.90 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.11 | | 23,685.01 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.47 | | 23,704.48 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.12 | | 23,724.60 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.16 | | 23,744.76 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 25.55 | 23,719.21 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.22 | | 23,737.43 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.16 | | 23,757.59 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.53 | | 23,777.12 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.19 | | 23,797.31 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.56 | | 23,816.87 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.23 | | 23,837.10 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.25 | | 23,857.35 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 15.20 | | 23,872.55 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 15.21 | | 23,887.76 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 12.76 | | 23,900.52 |

Page Subtotals          737.01          42.56

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 03/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.43 | | 23,911.95 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.47 | | 23,921.42 |
| 02/14/08 | 000103 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 26.67 | 23,894.75 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.68 | | 23,900.43 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.65 | | 23,906.08 |
| 04/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.90 | | 23,910.98 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,914.01 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.95 | | 23,916.96 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.04 | | 23,920.00 |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,923.03 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.95 | | 23,925.98 |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.32 | | 23,928.30 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 23,930.26 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.20 | | 23,931.46 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,931.66 |
| 02/06/09 | 000104 | International Sureties Ltd | trustee bond | 2300-000 | | 25.89 | 23,905.77 |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 23,905.95 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,906.16 |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 23,906.68 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,907.28 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,907.88 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.61 | | 23,908.49 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,909.10 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,909.69 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,910.29 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,910.89 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,911.50 |

Page Subtotals        63.54      52.56

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

LFORM24

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 05-47339 -SQU | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | SUPERIOR SALES CO INC | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | | |
| For Period Ending: | 03/10/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,912.10 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 23,912.65 |
| 03/06/10 | 000105 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 20.30 | 23,892.35 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 23,892.97 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,893.56 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,894.16 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,894.76 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,895.36 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 23,895.98 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,896.57 |
| 10/22/10 | 7 | US Bank<br>Minneapolis MN 55480 | liquidation of bank account | 1129-000 | 1,781.77 | | 25,678.34 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,678.96 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,679.60 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 25,680.25 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 25,680.90 |
| 02/19/11 | 000106 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 19.53 | 25,661.37 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,661.57 |

Page Subtotals        1,789.90        39.83

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

LFORM24

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| Case No: | 05-47339 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | |
| For Period Ending: | 03/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,796.52 | 134.95 | 25,661.57 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 25,796.52 | 134.95 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,796.52 | 134.95 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******1781 | 25,796.52 | 134.95 | 25,661.57 |
| | 25,796.52 | 134.95 | 25,661.57 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE Date: 03/10/11
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 0.00 0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-47339
Case Name: SUPERIOR SALES CO INC
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Hospitality Mints | $ | $ | $ |
| 2 | Pak Sher | $ | $ | $ |
| 3 | Runge Paper | $ | $ | $ |
| 4 | Pro Plastics | $ | $ | $ |
| 5 | Hoffmaster | $ | $ | $ |
| 6 | Beck Houlihan & Scott | $ | $ | $ |
| 7 | Barbara and Michael Crow | $ | $ | $ |
| 8 | Secure Products | $ | $ | $ |
| 9 | Winzen Film, Inc. | $ | $ | $ |
| 10 | Citi Advantage Mastercard | $ | $ | $ |
| 11 | Chase Bank | $ | $ | $ |
| 12 | Barbara Crow | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE