# BRENDA PORTER HELMS, CHAPTER 7 TRUSTEE

Brenda Porter Helms

3400 W. Lawrence Avenue
Chicago, Illinois 60625
(773) 463-6427
brenda.helms@albanybank.com

February 18, 2011

Mrs. Barbara Crow
1241 Sunnybrook Drive
Naperville IL 60540

RE: Superior Sales, Inc.

Dear Mrs. Crow:

It has been some time since we last spoke and I hope you are doing well. I have reviewed the three claims that you filed with the Court in this case and I am enclosing a copy of claims 12 and 13 for your review. These claims appear to be duplicates. I cannot pay the same claim twice. If you agree with me that these claims are duplicative, and one should be withdrawn, please sign below and I will file it with the Court as a withdrawal.

Please call me if these claims are not duplicative or if you have any questions.

Sincerely,

Brenda Porter Helms
Chapter 7 Trustee

AGREED:

Claims 12 and 13 are duplicative and Claim 13 is hereby withdrawn

Barbara Crow