UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SUPERIOR SALES CO INC § Case No. 05-47339
§
Debtor(s) §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 05/20/2011 in Courtroom 201,
Will County Court Annex Building
57 N. Ottawa Street
Joliet IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2011              By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
SUPERIOR SALES CO INC § Case No. 05-47339
 §
Debtor(s) §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,796.74 |
| and approved disbursements of | $ | 134.95 |
| leaving a balance on hand of[1] | $ | 25,661.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,329.67 | $ 0.00 | $ 3,329.67 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,329.67 |
| Remaining Balance | $ 22,332.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,699.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Hospitality Mints | $ 2,542.06 | $ 0.00 | $ 605.87 |
| 2 | Pak Sher | $ 3,092.10 | $ 0.00 | $ 736.96 |
| 3 | Runge Paper | $ 855.28 | $ 0.00 | $ 203.85 |
| 4 | Pro Plastics | $ 21,160.02 | $ 0.00 | $ 5,043.23 |
| 5 | Hoffmaster | $ 9,938.77 | $ 0.00 | $ 2,368.78 |
| 6 | Beck Houlihan & Scott | $ 812.50 | $ 0.00 | $ 193.65 |
| 7 | Barbara and Michael Crow | $ 6,511.00 | $ 0.00 | $ 1,551.81 |
| 8 | Secure Products | $ 5,178.92 | $ 0.00 | $ 1,234.33 |
| 9 | Winzen Film, Inc. | $ 3,751.44 | $ 0.00 | $ 894.11 |
| 10 | Citi Advantage Mastercard | $ 20,004.74 | $ 0.00 | $ 4,767.88 |
| 11 | Chase Bank | $ 16,021.17 | $ 0.00 | $ 3,818.45 |
| 12 | Barbara Crow | $ 3,831.53 | $ 0.00 | $ 913.20 |

Total to be paid to timely general unsecured creditors    $    22,332.12

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

Case 05-47339    Doc 30    Filed 04/08/11    Entered 04/10/11 23:18:11    Desc Imaged
Certificate of Service    Page 4 of 5

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                   Case No. 05-47339-JHS
Superior Sales Co., Inc.                                 Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: pgordon             Page 1 of 1                  Date Rcvd: Apr 08, 2011
                              Form ID: pdf006           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2011.
db           +Superior Sales Co., Inc.,   PO Box 3941,   Naperville, IL 60567-3941
aty          +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
10064124     +Aargus Plastics,   540 Allendale Dr.,   Wheeling, IL 60090-2603
10064127     +Beck Houlihan & Scott,   534 W. Roosevelt Road,   Wheaton, IL 60187-5058
10064128     +Charles Schmidtke,   3S324 Rockwell,   Warrenville, IL 60555-2919
10636068     +Chase Bank,   Card Member Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
10064129     +Chase Visa,   PO Box 15153,   Wilmington, DE 19886-5153
10636067     +Citi Advantage Mastercard,   P.O. Box 45205,   Jacksonville, FL 32232-5205
10064130     +Citibank Visa,   PO Box 6309,   The Lakes, NV 88901-6309
10064131     +Hospitality Mints,   PO Box 3140,   Boone, NC 28607-3140
10064132     +KG Marketing,   1201 S. Grandview Blvd.,   Waukesha, WI 53188-5939
10064133     +Pak Sher,   2500 N. Longview St.,   Kilgore, TX 75662-6840
10064134     +Pro Plastics,   9530 Baythome,   Houston, TX 77041-7712
10064135     +Runge Paper,   2201 Arthur Ave.,   Elk Grove Village, IL 60007-6024
10064136     +SBC,   Bill Payment Center,   Saginaw, MI 48663-0001
10064137     +Secure Products,   PO Box 914,   Hillside, IL 60162-0914
10064138     +Springprint/Hoffmaster,   1431 Marvin Griffin Rd.,   Augusta, GA 30906-3852
10064142     +Winzen Film, Inc.,   11510 Data Drive,   Dallas, TX 75218-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10597029     +E-mail/Text: roy.steele@hoffmaster.com Apr 08 2011 22:21:24     Hoffmaster,   P O Box 2038,
               Oshkosh, WI 54903-2038
10064141     +Fax: 866-419-3894 Apr 08 2011 23:16:44     US Cellular,   PO Box 7835,   Madison, WI 53707-7835
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10639533*    +Barbara Crow,   1241 Sunnybrook Drive,   Naperville, IL 60540-4157
10641733*    +Barbara Crow,   1241 Sunnybrook Drive,   Naperville, IL 60540-4157
10553299*    +Hospitality Mints,   P O Box 3140,   Boone, NC 28607-3140
10553311*    +Pak Sher,   2500 N. Longview St,   Kilgore, TX 75662-6840
10559952*    +Pro Plastics,   9530 Baythome,   Houston, TX 77041-7712
10556218*    +Runge Paper,   2201 Arthur Ave,   Elk Grove Village, IL 60007-6024
10064126    ##+Barbara Crow,   1241 Sunnybrook Drive,   Naperville, IL 60540-4157
10064125    ##+Barbara and Michael Crow,   1241 Sunnybrook Drive,   Naperville, IL 60540-4157
10064139    ##+Sprint,   PO Box 6419,   Carol Stream, IL 60197-6419
10064140    ##+TableMate Products,   2150 Oxford Rd.,   Des Plaines, IL 60018-1920
                                                                                               TOTALS: 0, * 6, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2011**          **Signature:** _/s/ Joseph Speetjens_