UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SUPERIOR SALES CO INC § Case No. 05-47339
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BRENDA PORTER HELMS, TRUSTEE _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aargus Plastics | | | | | |
| | Charles Schmidtke | | | | | |
| | KG Marketing | | | | | |
| | SBC | | | | | |
| | Sprint | | | | | |
| | Tablemate Products | | | | | |
| | US Cellular | | | | | |
| 7 | BARBARA AND MICHAEL CROW | | | | | |
| 6 | BECK HOULIHAN & SCOTT | | | | | |
| 11 | CHASE BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | CROW, BARBARA | | | | | |
| 5 | HOFFMASTER | | | | | |
| 1 | MINTS, HOSPITALITY | | | | | |
| 3 | PAPER, RUNGE | | | | | |
| 4 | PRO PLASTICS | | | | | |
| 8 | PRODUCTS, SECURE | | | | | |
| 2 | SHER, PAK | | | | | |
| 9 | WINZEN FILM, INC. | | | | | |
| 10 | MASTERCARD, CITI ADVANTAGE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No:       05-47339        Judge: JOHN SQUIRES                Trustee Name:              BRENDA PORTER HELMS, TRUSTEE
Case Name:     SUPERIOR SALES CO INC                              Date Filed (f) or Converted (c):   10/10/05 (f)
                                                                  341(a) Meeting Date:       12/06/05
For Period Ending: 10/30/11                                       Claims Bar Date:           03/15/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 7,808.55 | 0.00 | | 23,518.97 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 496.33 | Unknown |
| 3. Checking and savings accounts | 3,012.61 | 0.00 | DA | 0.00 | FA |
| 4. Commissions | 5,019.38 | 0.00 | DA | 0.00 | FA |
| 5. Copier, fax, computer, file cabinets | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Miscellaneous inventory | 5,362.00 | 0.00 | DA | 0.00 | FA |
| 7. Bank account | 0.00 | 0.00 | | 1,781.77 | FA |

                                                                                                         Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)          $26,202.54         $0.00                  $25,797.07          $0.00
                                                                                                         (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07    Current Projected Date of Final Report (TFR): 05/30/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-47339 -SQU | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | | |
| For Period Ending: | 10/30/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/05 | 1 | Douglas Stephen Plastics Inc. 22-36 Green Street P.O. Box 2 Paterson NJ 07509 | account receivable | 1121-000 | 1,914.76 | | 1,914.76 |
| 12/22/05 | 1 | Douglas STephen Plastics Inc. 22-36 Green Street P.O. Box 2775 Paterson NJ 07509 | account receivable | 1121-000 | 1,600.40 | | 3,515.16 |
| 12/22/05 | 1 | Repacorp Label Products 31 Indsutry Park Court Tipp City OH 45371 | account receivable | 1121-000 | 280.94 | | 3,796.10 |
| 12/22/05 | 1 | Repacorp Label products 31 Industry Park Court Tipp City OH 45371 | account receivable | 1121-000 | 269.48 | | 4,065.58 |
| 12/22/05 | 1 | Cargill Inc. Financial Service Center Fargo ND | account recivable | 1121-000 | 1,073.85 | | 5,139.43 |
| 12/23/05 | 1 | Atlantic Packaging Products Ltd 1900 Ellesmere Rd & Bellamy Rd N. Scarborough Ontario M1H2V6 | account receivable | 1121-000 | 2,194.99 | | 7,334.42 |
| 12/23/05 | 1 | Inteplast Group Ltd 9 Peach Tree Hill Rd Livingston NJ 07039 | account receivable | 1121-000 | 3,469.95 | | 10,804.37 |
| 12/23/05 | 1 | Hospitality Mints LLC P.O. Box 3140 boone NC 28607 | account receivable | 1121-000 | 1,691.37 | | 12,495.74 |
| 12/23/05 | 1 | Interplast Group Ltd 9 Peach Tree Hill Road Livingston NJ 07039 | account receivable | 1121-000 | 2,128.02 | | 14,623.76 |
| 12/23/05 | 1 | Marquez Enterprises LLC | account receivable | 1121-000 | 405.96 | | 15,029.72 |

Page Subtotals   15,029.72   0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/05 | 1 | 319 Williams St<br>Waukesha WI 53186<br>Northwest Enterprises | account receivable | 1121-000  1,109.79 | | 16,139.51 |
| 12/23/05 | 1 | d/b/a Broadview Packaging<br>900 Lunt Avenue<br>Elk Grove Village IL 60007<br>Robert's/Sysco Food Services, Inc. | account receivable | 1121-000  1,553.00 | | 17,692.51 |
| 12/23/05 | 1 | 1615 W. Jefferson<br>Springfield IL 62702<br>Jet Age Container LLC | account receivable | 1121-000  836.64 | | 18,529.15 |
| 12/23/05 | 1 | 5555 W. 73rd St<br>Bedford Park IL 60638<br>The Boelter Companies | account receivable | 1121-000  1,346.00 | | 19,875.15 |
| 12/30/05 | 2 | 11100 W. Silver Spring Road<br>Milwaukee WI 53225<br>BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000  0.90 | | 19,876.05 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000  10.07 | | 19,886.12 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  14.17 | | 19,900.29 |
| 03/01/06 | 1 | Repacorp Label Products | account receivable | 1121-000  350.25 | | 20,250.54 |
| 03/01/06 | 1 | 31 Industry Park Court<br>tipp City OH 45371<br>Interplast Group Ltd | account receivable | 1121-000  2,378.54 | | 22,629.08 |
| 03/01/06 | 1 | 9 Peach Tree Hill Rd<br>Livingston NJ 07039<br>Douglas Stephen Plastics Inc. | account receivable | 1121-000  478.88 | | 23,107.96 |
| 03/01/06 | 1 | 22-36 Green Street<br>PO Box 2775<br>Paterson NJ 07509<br>Brooklace Inc.<br>300 Callegari Drive | account receivable | 1121-000  98.11 | | 23,206.07 |

Page Subtotals     8,176.35     0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/06 | 1 | West Haven CT 06516 Repacorp Label Products 31 Industry Park Court Tipp City OH 45371 | account receivable | 1121-000 | 338.04 | | 23,544.11 |
| 03/15/06 | 000101 | International Sureties, Ltd. 203 Cardondelet St. New Orleans LA 70130 | bond premium I | 2300-000 | | 17.01 | 23,527.10 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.49 | | 23,546.59 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.35 | | 23,565.94 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.02 | | 23,585.96 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.39 | | 23,605.35 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.05 | | 23,625.40 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.07 | | 23,645.47 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.43 | | 23,664.90 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.11 | | 23,685.01 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.47 | | 23,704.48 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.12 | | 23,724.60 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.16 | | 23,744.76 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 25.55 | 23,719.21 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.22 | | 23,737.43 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.16 | | 23,757.59 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.53 | | 23,777.12 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.19 | | 23,797.31 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.56 | | 23,816.87 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.23 | | 23,837.10 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.25 | | 23,857.35 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.20 | | 23,872.55 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.21 | | 23,887.76 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.76 | | 23,900.52 |

Page Subtotals 737.01 42.56

Ver: 16.04c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.43 | | 23,911.95 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.47 | | 23,921.42 |
| 02/14/08 | 000103 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 26.67 | 23,894.75 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.68 | | 23,900.43 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.65 | | 23,906.08 |
| 04/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.90 | | 23,910.98 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,914.01 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.95 | | 23,916.96 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.04 | | 23,920.00 |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,923.03 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.95 | | 23,925.98 |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.32 | | 23,928.30 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 23,930.26 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.20 | | 23,931.46 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,931.66 |
| 02/06/09 | 000104 | International Sureties Ltd | trustee bond | 2300-000 | | 25.89 | 23,905.77 |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 23,905.95 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,906.16 |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 23,906.68 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,907.28 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,907.88 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.61 | | 23,908.49 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,909.10 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,909.69 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,910.29 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,910.89 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,911.50 |

Page Subtotals 63.54 52.56

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1781  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,912.10 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 23,912.65 |
| 03/06/10 | 000105 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | bond premium | 2300-000 | | 20.30 | 23,892.35 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 23,892.97 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,893.56 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,894.16 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,894.76 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 23,895.36 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 23,895.98 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,896.57 |
| 10/22/10 | 7 | US Bank Minneapolis MN 55480 | liquidation of bank account | 1129-000 | 1,781.77 | | 25,678.34 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,678.96 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,679.60 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 25,680.25 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 25,680.90 |
| 02/19/11 | 000106 | International Sureties 701 Polydras St.  #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 19.53 | 25,661.37 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,661.57 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,661.79 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,661.99 |
| 05/18/11 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 25,662.12 |
| 05/18/11 | | Transfer to Acct #*******5929 | Final Posting Transfer | 9999-000 | | 25,662.12 | 0.00 |

Page Subtotals    1,790.45    25,701.95

Ver: 16.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1781  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7117 | | |
| For Period Ending: | 10/30/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 25,797.07 | 25,797.07 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 25,662.12 | |
| | | | Subtotal | 25,797.07 | 134.95 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 25,797.07 | 134.95 | |

Page Subtotals     0.00     0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5929 Checking - Non Interest |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | | Transfer from Acct #*******1781 | Transfer In From MMA Account | 9999-000 | 25,662.12 | | 25,662.12 |
| 05/24/11 | 001001 | Brenda Porter Helms | Final Distribution | 2100-000 | | 3,329.65 | 22,332.47 |
| 05/24/11 | 001002 | Hospitality Mints P.O. Box 3140 Boone NC 28607 | Final Distribution | 7100-000 | | 605.88 | 21,726.59 |
| 05/24/11 | 001003 | Pak Sher 2500 N. Longview St Kilgore TX 75662 | Final Distribution | 7100-000 | | 736.97 | 20,989.62 |
| 05/24/11 | 001004 | Runge Paper 2201 Arthur Ave Elk Grove Village IL 60007 | Final Distribution | 7100-000 | | 203.85 | 20,785.77 |
| 05/24/11 | 001005 | Pro Plastics 9530 Baythome Houseton TX 77041 | Final Distribution | 7100-000 | | 5,043.31 | 15,742.46 |
| 05/24/11 | 001006 | Hoffmaster P.O. Box 2038 Oshkosh WI 54903 | Final Distribution | 7100-000 | | 2,368.82 | 13,373.64 |
| 05/24/11 | 001007 | Beck Houlihan & Scott 534 W. Roosevelt Road Wheaton IL 60187 | Final Distribution | 7100-000 | | 193.65 | 13,179.99 |
| 05/24/11 | 001008 | Barbara and Michael Crow 1241 Sunnbrook Drive Naperville IL 60540 | Final Distribution | 7100-000 | | 1,551.84 | 11,628.15 |
| 05/24/11 | 001009 | Secure Products P.O. Box 914 Hillside IL 60162 | Final Distribution | 7100-000 | | 1,234.35 | 10,393.80 |
| 05/24/11 | 001010 | Winzen Film, Inc. 11510 Data Drive Dallas TX 75218 | Final Distribution | 7100-000 | | 894.12 | 9,499.68 |
| | | | Page Subtotals | | 25,662.12 | 16,162.44 | |

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5929 Checking - Non Interest |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/24/11 | 001011 | Citi Advantage Mastercard<br>P.O. Box 45205<br>Jacksonville FL 32232 | Final Distribution | 7100-003 | | 4,767.96 | 4,731.72 |
| 05/24/11 | 001012 | Chase Bank<br>Cardmember Services<br>P.O. Box 15298<br>Wilmington DE 19650 | Final Distribution | 7100-000 | | 3,818.51 | 913.21 |
| 05/24/11 | 001013 | Barbara Crow<br>1241 Sunnybrook Drive<br>Naperville IL 60540 | Final Distribution | 7100-000 | | 913.21 | 0.00 |
| * 06/25/11 | 001011 | Citi Advantage Mastercard<br>P.O. Box 45205<br>Jacksonville FL 32232 | Final Distribution | 7100-003 | | -4,767.96 | 4,767.96 |
| 06/25/11 | 001014 | United States Bankruptcy Court<br>IL | Final Distribution | 7100-001 | | 4,767.96 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,662.12 | 25,662.12 | 0.00 |
| Less: Bank Transfers/CD's | 25,662.12 | 0.00 | |
| Subtotal | 0.00 | 25,662.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 25,662.12 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********1781 | 25,797.07 | 134.95 | 0.00 |
| Checking - Non Interest - ********5929 | 0.00 | 25,662.12 | 0.00 |
| | 25,797.07 | 25,797.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   9,499.68

Ver: 16.04c

LFORM24

FORM 2

Page: 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47339 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUPERIOR SALES CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5929  Checking - Non Interest |
| Taxpayer ID No: | *******7117 | | | |
| For Period Ending: | 10/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********1781

Checking - Non Interest - ********5929

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 10/30/11
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals      0.00      0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*